FILED

JUN 21 2013

STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

FILED: June 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1484
(12-03153-8-SWH)

JOHN F. LOGAN, Trustee

    Trustee - Appellant

v.

APRIL STAR KNISH

    Debtor - Appellee

RULE 42(b) MANDATE

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk

**13-1484**

Stephanie J. Edmondson
UNITED STATES BANKRUPTCY COURT
Eastern District of North Carolina
1760-A Parkwood Boulevard West
Wilson, NC 27893

FILED: June 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1484
(12-03153-8-SWH)

JOHN F. LOGAN, Trustee

    Trustee - Appellant

v.

APRIL STAR KNISH

    Debtor - Appellee

O R D E R

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk